Andrew K. Alper (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for MATSCO

FILED & ENTERED

NOV 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>E. SHIRAZI DDS INC.,<br><br>Debtor. | CASE No. 8:10-BK-21263-TA<br><br>Chapter 7<br><br>**ORDER ON STIPULATION BY AND BETWEEN MATSCO AND DEBTOR FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MATSCO TO TAKE POSSESSION OF AND LIQUIDATE PERSONAL PROPERTY ASSETS OF DEBTOR AND FOR TURNOVER ORDER**<br><br>Date: [No Hearing Required] |

The Court having reviewed the Stipulation By and Between Matsco and the Debtor for Relief from the Automatic Stay to Allow Matsco to Take Possession of and Liquidate Personal Property Assets of Debtor and for Turnover Order, and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1. That the automatic stay is terminated to allow Matsco to take possession of and liquidate the personal property described as cash, accounts, chattel paper, and other rights to payment, whether then owned or thereafter acquired, all inventory, whether then owned or thereafter acquired, all equipment, whether then owned or thereafter acquired, and all general intangibles and contract rights whether then owned or thereafter acquired together with all substitutions and replacements for and products and proceeds of the foregoing personal property

and books and records related thereto and wherever such personal property assets were located ("Collateral") except for the patient records and charts and any software related to the care of the patients.

2. That the Debtor shall turn over possession of the Collateral to Matsco and this turnover order may be enforced in accordance with 11 U.S.C. § 105.

3. That the Debtor shall turn over all books and records relating to all cash, all software with respect to patient lists and accounts, and all software with respect to computer records reflecting accounts receivable.

4. That in lieu of turning over the accounts receivable, proceeds and inventory, Debtor may pay Matsco the total amount of accounts receivable together with the value of the inventory.

5. That Matsco shall be allowed to file a motion for relief from stay on shortened time to hear the Motion for Relief from Stay with respect to the turn over of all patient records and charts without opposition from the Debtor.

6. That Matsco may proceed in State, Federal or Bankruptcy Court for the purpose of enforcing the Order on this Stipulation and/or for taking possession of the Collateral or liquidating the Collateral except for the patient records and charts.

7. That any Order entered on the Stipulation is binding and effective despite any conversion of this case to a case under any other Chapter or in the event this case is dismissed and any new chapter proceeding filed.

8. That this Stipulation and any Order entered on the Stipulation shall be effective immediately and any and all stays occasioned by Federal and State law are waived.

###

DATED: November 29, 2010

Theodor C. Albert

United States Bankruptcy Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

| In re: E. SHIRAZI DDS INC. Debtor(s). | CHAPTER: 7 CASE NUMBER: 8:10-bk-21263-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **ORDER ON STIPULATION BY AND BETWEEN MATSCO AND DEBTOR FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MATSCO TO TAKE POSSESSION OF AND LIQUIDATE PERSONAL PROPERTY ASSETS OF DEBTOR AND FOR TURNOVER ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On November 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on ____________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 18, 2010 | Evelyn Kidder | /s/ Evelyn Kidder |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re:<br>E. SHIRAZI DDS INC.<br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 8:10-bk-21263-TA |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## SERVICE LIST

Debtor
E. Shirazi DDS Inc.
3333 West Coast Highway, Suite 303
Newport Beach, CA 92663

Counsel for Debtor
Daren M. Schlecter
Law Office of Daren M. Schlecter
1875 Century Park East, Suite 1000
Los Angeles, CA 90067

Chapter 7 Trustee
Weneta M. Kosmala
P.O. Box 16279
Irvine, CA 92623

U.S. Trustee
United States Trustee (SA)
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

| In re: E. SHIRAZI DDS INC. Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 8:10-bk-21263-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION BY AND BETWEEN MATSCO AND DEBTOR FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW MATSCO TO TAKE POSSESSION OF AND LIQUIDATE PERSONAL PROPERTY ASSETS OF DEBTOR AND FOR TURNOVER ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Weneta M. Kosmala (TR) Weneta.Kosmala@7trustee.net
Cal15@ecfcbis.com; wkosmala@kosmalalaw.com; dfitzger@kosmalalaw.com; kgeorge@kosmalalaw.com
Daren M. Schlecter daren@schlecterlaw.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Andrew K Alper aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
E. Shirazi DDS Inc.
3333 West Coast Highway, Suite 303
Newport Beach, CA 92663

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page